UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LESKINEN,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>        Defendants. | No. 2:18-cv-0453-TLN-KJN PS<br><br>ORDER |

On April 2, 2018, plaintiff Laura Leskinen, proceeding without counsel, filed an *ex parte* request that the undersigned be removed from this case. (ECF No. 8.) Plaintiff contends that the undersigned is prejudiced against her based on the undersigned's rulings in a prior case that was ultimately transferred to the Eastern District of New York. (See Leskinen v. Halsey, et al., 2:10-cv-3363-MCE-KJN PS.)

Having carefully reviewed the record in this action and the prior action, the undersigned finds no proper basis to recuse himself under 28 U.S.C. § 455. Plaintiff can be assured that the undersigned harbors no bias for or against her, and endeavors to decide every case solely based on the individual record and the applicable law.

Accordingly, plaintiff's *ex parte* request is DENIED. Such denial is without prejudice to plaintiff's right to seek any further relief from the assigned United States District Judge or other

appropriate authority.

This order resolves ECF No. 8.

Dated: April 5, 2018

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE