1 LAURA LESKINEN, IN PRO PER
PO BOX 6208
2 FOLSOM, CA 95763
1-410-259-6794
3

4 McGREGOR W. SCOTT
United States Attorney
5 JOSEPH B. FRUEH
Assistant United States Attorneys
6 501 I Street, Suite 10-100
Sacramento, CA 95814
7 E-mail: joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
8 Facsimile: (916) 554-2900

9 Attorneys for Defendant
SONNY PERDUE
10 Secretary of the United States Department of Agriculture

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LESKINEN,<br><br>Plaintiff,<br><br>v.<br><br>SONNY PERDUE, Secretary of the United States Department of Agriculture,<br><br>Defendant. | Case No. 2:18-cv-00453-TLN-KJN (PS)<br><br>**STIPULATION AND ORDER FOR CONTINUING DEFENDANT SONNY PERDUE'S RESPONSE TO COMPLAINT** |

1    IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that Defendant Sonny Perdue's response to the Complaint shall be filed no later than 21 days from the date of the Court's Order resolving Plaintiff's Motion for Reconsideration (ECF No. 29), which Motion is noticed for a hearing on November 1, 2018. This Motion seeks to, among other things, enlarge the scope of the operative Complaint to include a claim under Title I of the Civil Rights Act of 1991 as a companion to Plaintiff's claim under Title VII of the Civil Rights Act of 1964.

The reasons for this Stipulation are as follows:

1. On September 14, 2018, the Court filed an Order (ECF No. 28) adopting the Findings and Recommendations of the Magistrate Judge and dismissing all claims and defendants except Plaintiff's Title VII claim against Defendant Sonny Perdue, in his official capacity as Secretary of the United States Department of Agriculture. The Order directed the Secretary to respond to the Complaint, as narrowed, within 21 days.

2. On September 24, 2018, Plaintiff filed a Motion for Reconsideration (ECF No. 29) of that Order and noticed her Motion for a hearing on November 1, 2018.

3. Because Plaintiff's Motion seeks to enlarge the scope of the claims against the Secretary in the operative Complaint, continuing the Secretary's response to the Complaint until 21 days after the Court resolves Plaintiff's Motion will promote efficiency and conserve resources.

Dated:

        [See ECF No. 31]
        LAURA LESKINEN
        Plaintiff (Pro Se)

Dated:        McGREGOR W. SCOTT
        United States Attorney

By:    [See ECF No. 31]
      JOSEPH B. FRUEH
      Assistant United States Attorney

Attorneys for Defendant
SONNY PERDUE, Secretary, U.S. Dep't of Agriculture

**IT IS SO ORDERED**

Dated: October 3, 2018

        KENDALL J. NEWMAN
        UNITED STATES MAGISTRATE JUDGE