UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LESKINEN,<br><br>Plaintiff,<br><br>v.<br><br>SONNY PERDUE,<br><br>Defendant. | No. 2:18-cv-0453-TLN-KJN PS<br><br><br><br>ORDER |

On January 7, 2019, defendant filed a motion for summary judgment, noticing the hearing for February 7, 2019. (ECF No. 40.) Thereafter, on January 11, 2019, plaintiff, who proceeds without counsel, filed a motion for an extension of time to respond to the motion for summary judgment, arguing that she needs at least 30 additional days to review defendant's motion, conduct legal research, and properly respond to the motion. (ECF No. 41.) In light of plaintiff's *pro se* status, the court grants the motion, with new specifically-set deadlines as outlined below. However, plaintiff is cautioned that the court will be disinclined to grant further extensions of time in this case absent extraordinary circumstances, which shall not include plaintiff's *pro se* status.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension (ECF No. 41) is GRANTED.
2. The February 7, 2019 hearing on defendant's motion for summary judgment is VACATED and CONTINUED to March 21, 2019, at 10:00 a.m., in Courtroom No. 25 before Judge Newman.
3. Any opposition to the motion for summary judgment shall be filed no later than February 28, 2019, and any reply brief is due March 7, 2019.

Dated: January 15, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE