UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LESKINEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONNY PERDUE, Secretary of the United States Department of Agriculture,<br><br>　　　　　Defendant. | No. 2:18-cv-0453-TLN-KJN PS<br><br><br>ORDER |

On February 21, 2019, plaintiff filed a request to exceed the 20-page limitation set by the assigned district judge's standing order for her opposition brief to defendant's motion for summary judgment. (ECF No. 45.) Defendant opposes the motion. (ECF No. 46.)

Plaintiff fails to show good cause to exceed the page limit, especially given that defendant's motion for summary judgment is only 15 pages long.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to exceed the page limit (ECF No. 45) is DENIED.

2. Any pages of briefing exceeding the 20 page-limit will not be considered by the court.

Dated: February 27, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE