UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LESKINEN, | No. 2:18-cv-453-TLN-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| SONNY PERDUE, Secretary of the United States Department of Agriculture, | |
| Defendant. | |

On March 13, 2019, plaintiff filed a motion for extension of time to file an opposition to defendant's motion for summary judgment in accordance with the court's March 5, 2019 order. (ECF No. 52.) Plaintiff indicates that she was recently injured in a car accident, is still recovering, and requires some additional time to prepare a compliant opposition brief. She requests an extension until April 23, 2019.

Good cause having been shown, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 52) is GRANTED.
2. Plaintiff shall file her opposition to defendant's motion for summary judgment in compliance with the court's March 5, 2019 order no later than April 23, 2019.
3. Defendant shall have until May 7, 2019, to file a reply brief.
4. No further extensions will be granted absent extraordinary circumstances.

1

5. Upon review of the written briefing, the court may set the motion for oral argument or submit the motion on the record and written briefing pursuant to Local Rule 230(g).

Dated: March 15, 2019

_KENDALL J. NEWMAN_
UNITED STATES MAGISTRATE JUDGE